HOWELL *v.* OHIO.

No. 789. Decided May 17, 1965.

*Bernard A. Berkman* for petitioner.

*Thomas H. Sutherland* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the Supreme Court of Ohio for further consideration in light of *Griffin* v. *California,* 380 U. S. 609.

THE CHIEF JUSTICE took no part in the consideration or decision of this case.

WATSON *v.* MISSOURI.

No. 1031, Misc. Decided May 17, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.